This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40753**

**HOME REJUVENATION 1, LLC,
a New Mexico limited liability
company,**

 Plaintiff-Appellee,

v.

**RICHARD TORRES and RENEE
TORRES,**

 Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Erin B. O'Connell, District Court Judge**

Law Office of Darlene Gomez, LLC
Darlene T. Gomez
Albuquerque, NM

for Appellee

Renee Torres
Richard Torres
Albuquerque, NM

Pro Se Appellants

### MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** IT IS SO ORDERED.

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**JANE B. YOHALEM, Judge**